EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Integración de Salas de Despacho | 2016 TSPR 196<br><br>196 DPR ____ |

Número del Caso: ES-2016-4


Fecha: 12 de septiembre de 2016


Materia: Resolución del Tribunal


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

INTEGRACIÓN DE SALAS
DE DESPACHO                    ES-2016-04

RESOLUCIÓN

En San Juan, Puerto Rico, a 12 de septiembre de 2016.

De conformidad con lo dispuesto en la Regla 4 del Reglamento de este Tribunal, se constituyen las siguientes Salas de Despacho:

PRIMERA SALA DE DESPACHO:

    Hon. Maite D. Oronoz Rodríguez, Presidenta
    Hon. Mildred G. Pabón Charneco
    Hon. Roberto Feliberti Cintrón

SEGUNDA SALA DE DESPACHO:

    Hon. Anabelle Rodríguez Rodríguez, Presidenta
    Hon. Erick V. Kolthoff Caraballo
    Hon. Luis F. Estrella Martínez

TERCERA SALA DE DESPACHO:

    Hon. Rafael L. Martínez Torres, Presidente
    Hon. Edgardo Rivera García
    Hon. Ángel Colón Pérez

Cuando un miembro de la Sala no pueda intervenir en la decisión de algún asunto, se seguirá el procedimiento establecido en la Regla 4 del Reglamento del Tribunal Supremo.

Esta Resolución entrará en vigor el lunes 3 de octubre de 2016.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                          Juan Ernesto Dávila Rivera
                          Secretario del Tribunal Supremo